UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                       CASE NO. 10 B 14725
                                             CHAPTER 13
JACINTA JOHNSON

                                             JUDGE JACQUELINE P COX

   DEBTOR                                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WILMINGTON TRUST

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 62 | XXXXXX6522 | $1,057.65 | $1,757.65 | $1,757.65 |
| Total Amount Paid by Trustee | | | | | $1,757.65 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-14725-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 25th day of July, 2016.

Debtor:
JACINTA JOHNSON
7018 S PAXTON #3 SOUTH
CHICAGO, IL  60649

Attorney:
GEORGE P GALANOS
1301 N MAIN ST
CROWN POINT, IN  46307
via Clerk's ECF noticing procedures

Creditor:
WILMINGTON TRUST
% SELECT PORTFOLIO SERV
PO BOX 65450
SALT LAKE CITY, UT  84165

Mortgage Creditor:
CHASE MANHATTAN MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD # 100
BURR RIDGE, IL  60527

Mortgage Creditor:
EMC MORTGAGE
800 STATE HWY 121 BYP
PO BOX 293150
LEWISVILLE, TX  75067-4180

Mortgage Creditor:
CITIBANK NA/EMC MORTGAGE CORP
PO BOX 293150
LEWISVILLE, TX  75029-3150

Mortgage Creditor:
EMC MORTGAGE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL  60602

Mortgage Creditor:
EMC MORTGAGE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL  60602

Mortgage Creditor:
EMC MORTGAGE CORP
% LASALLE BANK NATIONAL ASSOC
PO BOX 225749
DALLAS, TX  75222-5749

Creditor:
SELECT PORTFOLIO SERVICING
3815 S W TEMPLE
SALT LAKE CITY, UT  84115-4412

Mortgage Creditor:
PAXTON AVENUE CONDO ASSOC
% KOVITZ SHIFRIN NESBIT
175 N ARCHER AVE
MUNDELEIN, IL  60060

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  July 25, 2016 | /s/ TOM VAUGHN |
| | TOM VAUGHN |
| | CHAPTER 13 TRUSTEE |
| | 55 E. MONROE STREET, SUITE 3850 |
| | CHICAGO, IL  60603 |